IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:14-CR-37-RWS-JCF |
| CARMEN MORALES | : | |

### REPORT AND RECOMMENDATION

This case is before the Court on Defendant's "Motion To Sever Defendants [re: *Bruton* problem]." (Doc. 63). Defendant moves, pursuant to *Bruton v. United States*, 391 U.S. 123 (1968), to sever her trial from that of her co-defendants because she "suspects that some of the codefendants may have given statements which directly or incriminate Ms. Morales." (Doc. 63 at 2). In *Bruton*, the Supreme Court "held that a defendant is deprived of his rights under the [Sixth Amendment's] Confrontation Clause when his nontestifying codefendant's confession naming him as a participant in the crime is introduced at their joint trial, even if the jury is instructed to consider that confession only against the codefendant." *Richardson v. Marsh*, 481 U.S. 200, 201-02 (1987). In response to Defendant's motion, the Government asserts that "to date no co-defendants have made statements which incriminate defendant," but represents that it is "aware of its obligation to alert the Court and counsel of the existence of such a statement, if one if made in the future." (Doc. 79 at 1). The Government requests that the

1

Court deny Defendant's motion to sever "as moot with leave to refile it if it appears at a later time that a severance would be warranted." (*Id.*). Defendant did not file a reply to the Government's response and has not refuted its assertion that Defendant's motion is moot. Accordingly, it is **RECOMMENDED** that Defendant's motion to sever (Doc. 63) be **DENIED as moot**, with leave to re-file it if circumstances warrant such a motion.

**IT IS SO REPORTED AND RECOMMENDED** this 23rd day of December, 2014.

                                       /s/ *J. CLAY FULLER*
                                       J. CLAY FULLER
                                       United States Magistrate Judge