# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| CARMEN MORALES, | : | CRIMINAL ACTION NO. |
| | : | 2:14-CR-00037-04-RWS |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [82] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Sever [63] is **DENIED**, **AS MOOT**.

**SO ORDERED** this   12th   day of January, 2015.

_____
**RICHARD W. STORY**
United States District Judge